ORDERED UNSEALED on 03/10/2025   s/ judepeters

**SEALED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>JOSE LUIS GIL,<br>　　　　　　　　Defendant. | Case No.: **25mj1004**<br><br>Title 21 U.S.C. § 841(a)(1) – Possession of Fentanyl with Intent to Distribute |

　　　The undersigned complainant being duly sworn states:

On or about December 31, 2024, within the Southern District of California, defendant JOSE LUIS GIL did knowingly and intentionally possess with the intent to distribute 400 grams and more, to wit: approximately 1.06 kilograms (2.33 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　George Vernia, Special Agent
　　　　　　　　　　　　　　　　　　Drug Enforcement Administration

　　　Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of March 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. VALERIE E. TORRES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

1. During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers and from my direct, personal involvement and participation in this investigation. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation. Rather it contains only those facts believed to be necessary to establish the requisite probable cause.

### *Introduction of January 2nd Package*

2. On January 2, 2025, a DEA Agent and Task Force Agent, Dennis Boone ("Boone"), accompanied by his canine partner "Cali" inspected a package at the Postal Annex, located at 642 Palomar Street, Suite 406, Chula Vista, California 91911. This Postal Annex is within the Southern District of California. This particular package was dropped off at this Postal Annex to be shipped on December 31, 2024. ("December 31st Package"). Boone's canine partner "Cali," who is certified in the detection of concealed humans and the odors of controlled substances, alerted to the December 31st Package. The December 31st Package was subsequently seized and secured as evidence.

### *Discovery of Fentanyl*

3. On January 3, 2025, the Honorable Peter Gallagher, Superior Court Judge in and for the County of San Diego, issued a search warrant (No.2501031546-DEA-PAG-FS-FSW), authorizing the search of the December 31st Package.

4. When this state search warrant was executed upon the December 31st Package, agents discovered an audio-speaker which contained a compressed "brick" of a white powdery substance that weighed approximately 1.06 kilograms. A DEA forensic laboratory later determined that this compressed brick of a white powdery substance contained N-Phenyl-N-[1-(2-phenylethyl) -4- piperidinyl] propenamide, a Schedule II Controlled Substance [also known as Fentanyl]. Based upon your affiant's training and experience, I know that this amount of Fentanyl is an amount that is consistent distribution.

//

*Postal Annex Security Video of the December 31st Package*

5.  On January 24, 2025, agents were able to view the video security footage from the Postal Annex Store, located at 642 Palomar Street, Suite 406, Chula Vista, California 91911. The video security footage was for December 31, 2024, on or about, the same time the December 31st Package was brought into the Postal Annex for shipping ("PA Security Video"). During the playback of the PA Security Video, based upon the date the December 31st Package was received, the placement of the shipping label, the placement of a "fragile" label, and the size of the December 31st Package, agents were able to positively identify that the package depicted in the PA Security Video was, in fact, the December 31st Package.

6.  The PA Security Video also recorded the lone person who dropped off and paid for the December 31st Package to be shipped. This individual was a large, heavy set, Hispanic male adult ("HMA-1") who carried the December 31st Package into the Postal Annex. The PA Security Video also recorded HMA-1 use the screen of his cellular telephone to provide shipping information to the Postal Annex employee. Thereafter, the PA Security Video recorded the Postal Annex employee take the December 31st Package behind the counter as HMA-1 departed the store.

*Identification of Defendant Gil who Shipped the December 31st Package*

7.  Agents compared Defendant Jose Luis Gil's California driver's license photograph from California DMV records and the physical description to HMA-1 depicted in the PA Security Video. Based upon this comparison, agents were able to positively identify that Defendant Gil and HMA-1 were the same person – meaning that Defendant Gil is the person who dropped off and shipped the December 31st Package that contained fentanyl.

*Defendant Gil's Prior Bad Acts Pertaining to Possessing Controlled Substances with the Intent to Distribute.*

8.  On January 12, 2022, defendant was apprehended while transporting 32 packages of methamphetamine weighing approximately 13.25 kilograms. Thereafter on March 29, 2022, in the United States District Court for the Southern District of California,

Defendant Gil entered a guilty plea to a one count Information charging him with Possession of Methamphetamine with the Intent to Distribute.

9. On October 20, 2014, defendant was apprehended while transporting 17 packages of cocaine and 4 packages of methamphetamine; weighing approximately 18.25 kilograms of cocaine and 3.7 kilograms of methamphetamine. During a post-*Miranda* interview, Defendant Gil admitted to knowingly transporting a controlled substance [he claimed to have thought it was marijuana] and also added that this was his second attempt. He added that he successfully delivered a controlled substance load to Montebello, California on October 03, 2014.

10. Thereafter on December 18, 2014, in the United States District Court for the Southern District of California, Defendant Gil entered a guilty plea to a one count Information charging him with Possession of Cocaine and Methamphetamine with the Intent to Distribute.